■ In the Matter of JEAN M. LLOYD, as Parent and Natural Guardian of DAVID J. LLOYD, an Infant, Respondent, v KAREN GRELLA et al., as Commissioners of Schools for the Rochester City School District Board of Education, Appellants.—Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Affronti, J. (151 Misc 2d 412). (Appeal from Judgment of Supreme Court, Monroe County, Affronti, J.—Article 78.) Present—Boomer, J. P., Pine, Lawton, Boehm and Fallon, JJ.